ACCEPTED
03-15-00522-CV
8129133
THIRD COURT OF APPEALS
AUSTIN, TEXAS
12/8/2015 9:19:12 AM
JEFFREY D. KYLE
CLERK

# No. 03-15-00522-CV

_____

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
12/8/2015 9:19:12 AM
JEFFREY D. KYLE
Clerk

## In the Third Court of Appeals

_____

**MICHAEL W. SCHUETZ AND JAMIE K. SCHUETZ,**

*Appellants*,

**v.**

**SOURCE ONE MORTGAGE SERVICES CORPORATION; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; CITIMORTGAGE, INC.; AND BARRETT DAFFIN FRAPPIER TURNER & ENGLE, ROBERT FERGUSON, AND BARBARA FERGUSON,**

*Appellees*.

_____

*On Appeal from Cause No. C2013-1445C*
*247th Judicial District Court, Comal County, Texas*
*Hon. Dib Waldrip, Judge Presiding*

---

### UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE BRIEF OF APPELLEES

---

TO THE HONORABLE THIRD COURT OF APPEALS:

Pursuant to Texas Rules of Appellate Procedure 38.6(d), Appellees CitiMortgage, Inc., individually and as successor by merger to Source One Mortgage Services Corporation, and Mortgage Electronic Registration Systems, Inc. respectfully move the Court to extend the time for filing their Appellees' Brief by 30 days to February 3, 2016. The grounds for the motion are as follows:

1.    Background:   The Clerk's Record in this appeal was filed on September 4, 2015.  Appellants' brief was filed on December 2, 2015 after two unopposed extensions.  Appellees' brief is currently due on January 4, 2016.

2.    Appellees respectfully request a 30-day extension of time to complete and file their Appellees' brief.   Appellees have not received any previous extensions on their brief.

3.    Grounds for the extension:

Susan Kidwell, as lead appellate counsel, has primary responsibility for preparing Appellees' brief.  Ms. Kidwell has a number of commitments during the briefing period that have impeded Appellees' ability to prepare their brief by the current deadline.  These commitments include:

December 18, 2015: Cause No. D-1-GN-14-004462; *Freestone Power Generation, LLC v. Texas Commission on Environmental Quality*; in the 126th Judicial District Court, Travis County, Texas – **Brief in Support of Petition for Judicial Review due**

December 18, 2015: Cause No. D-1-GN-14-004463; *Freeport Energy Center, LLC v. Texas Commission on Environmental Quality*; in the 200th Judicial District Court, Travis County, Texas – **Brief in Support of Petition for Judicial Review due**

December 18, 2015: Cause No. D-1-GN-14-004471; *Brazos Valley Energy*

1

*LLC v. Texas Commission on Environmental Quality*; in the 98th Judicial District Court, Travis County, Texas – **Brief in Support of Petition for Judicial Review due**

December 18, 2015 – January 1, 2016: out of town for family vacation to Australia.

4.      This is the first extension request.

5.      Counsel for the other parties to this appeal have indicated that they are unopposed to this Motion.

**PRAYER**

WHEREFORE, Appellees CitiMortgage, Inc., individually and as successor by merger to Source One Mortgage Services Corporation, and Mortgage Electronic Registration Systems, Inc. pray that this Motion be granted and that the time for filing their Appellees' Brief be extended by 30 days to February 3, 2016. Appellees also pray for such other and further relief to which they may be entitled at law or in equity.

Respectfully submitted,

**LOCKE LORD LLP**

By: _Susan A. Kidwell_____

B. David L. Foster
  State Bar No. 24031555
  dfoster@lockelord.com
Susan A. Kidwell
  State Bar No. 24032626
  skidwell@lockelord.com
Daniel Durell
  State Bar No. 24078450
  daniel.durell@lockelord.com
600 Congress Avenue, Suite 2200
Austin, Texas 78701
512-305-4700 (Telephone)
512-305-4800 (Facsimile)

Robert T. Mowrey
  State Bar No. 14607500
  rmowrey@lockelord.com
LOCKE LORD LLP
2200 Ross Avenue, Suite 2200
Dallas, Texas 75201
214-740-8000 (Telephone)
214-740-8800 (Facsimile)

**COUNSEL FOR CITIMORTGAGE, INC., INDIVIDUALLY AND AS SUCCESSOR BY MERGER TO SOURCE ONE MORTGAGE SERVICES CORPORATION, AND MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.**

3

**CERTIFICATE OF CONFERENCE**

On December 4, 2015, I contacted Stephen Casey, counsel for Appellants, Mark Hopkins, counsel for Appellees (BDFT&E), and David Pfeuffer, counsel for Appellees (Fergusons), by email. All counsel indicated by return email that they do not oppose this request for a 30-day extension.

_____
Susan A. Kidwell

**CERTIFICATE OF SERVICE**

I hereby certify that on December 8, 2015, a true and correct copy of the foregoing was served via EFileTx.gov upon the following:


Stephen Casey
stephen@caseylawoffice.us
CASEY LAW OFFICE, P.C.
595 Round Rock West Drive
Suite 102
Round Rock, Texas 78681
*Counsel for Appellants*

Mark Hopkins
mark@hopkinslawtexas.com
HOPKINS LAW
12117 Bee Caves Road
Suite 260
Austin, Texas 78738
*Counsel for Appellees (BDFT&E)*

David Pfeuffer
dpfeuffer@nblawyers.net
BRAZLE & PFEUFFER, L.L.P.
170 E. San Antonio Street
New Braunfels, TX 78130
*Counsel for Appellees (Fergusons)*

_____
Susan A. Kidwell